Michael C. Ormsby
United States Attorney
Eastern District of Washington
Aine Ahmed
Assistant United States Attorney
Post Office Box 1494
Spokane, WA 99210-1494
Telephone: (509) 353-2767

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

UNITED STATES OF AMERICA, )
         Plaintiff, )
   vs. )
KEVIN M. ELLISON, )
         Defendant. )

MJ-12-207

Motion for Detention Hearing

The United States moves for pretrial detention of Defendant, pursuant to 18 U.S.C. § 3142(e) and (f).

1. <u>Eligibility of Case</u>. This case is eligible for a detention order because the case involves:

☐ Crime of violence (as defined in 18 U.S.C. § 3156(a)(4) which includes any felony under Chapter 109A, 110 and 117),

☐ Maximum penalty of life imprisonment or death,

☐ Drug offense with maximum penalty of 10 years or more,

☐ Felony, with two prior convictions in above categories,

☐ Felony that involves a minor victim or that involves the possession or use of a firearm or destructive device (as those terms are defined in section 921), or any other dangerous weapon, or involves a failure to register under 18 U.S.C. section 2250,

☒ Serious risk Defendant will flee, or

☐ Serious risk obstruction of justice.

Motion for Detention Hearing - 1
P20614DD.AAD.wpd

2. <u>Reason For Detention</u>. The Court should detain Defendant because there is no condition or combination of conditions which will reasonably assure:

- ☒ Defendant's appearance as required, or
- ☒ Safety of any other person and the community.

3. <u>Rebuttable Presumption</u>. The United States will not invoke the rebuttable presumption against Defendant under Section 3142(e).

4. <u>Time For Detention Hearing</u>. The United States requests the Court conduct the detention hearing:

- ☐ At the first appearance, or
- ☒ After a continuance of three days.

DATED June 14, 2012.

Michael C. Ormsby
United States Attorney

*s/Aine Ahmed*

Aine Ahmed
Assistant United States Attorney

I hereby certify that on June 14, 2012, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF System.

*s/Aine Ahmed*

Aine Ahmed
Assistant United States Attorney

Motion for Detention Hearing - 2
P20614DD.AAD.wpd