# UNITED STATES DISTRICT COURT
## for the
## Eastern District of Washington

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

JUN 14 2012

JAMES R. LARSEN
_____ DEPUTY
SPOKANE, WASHINGTON

MJ-12-207

United States of America
v..

KEVIN M. ELLISON

_____
Defendant

CASE NUMBER:

## ARREST WARRANT

TO:   Any authorized law enforcement officer

YOU ARE HEREBY COMMANDED to arrest and bring before a United States magistrate judge without unnecessary delay *(name of person to be arrested)* KEVIN M. ELLISON
who is accused of an offense or violation based on the following document filed with the court:

☐ Indictment   ☐ Superseding Indictment   ☐ Information   ☐ Superseding Information   ☒ Complaint
☐ Probation Violation Petition   ☐ Supervised Release Violation Petition   ☐ Violation Notice   ☐ Order of the Court

The offense is briefly described as follows:    Malicious Use of Fire to Damage Property Used in Interstate Commerce, in violation of Title 18, United States Code, Section(s) 844(i).


Date: June 14, 2012
_____
*Issuing Officer's signature*

City and state: Spokane, WA

Cynthia Imbrogno, United States Magistrate Judge
*Printed name and title*

| Return |
|---|
| This warrant was received on June 14, 2012, and the person was arrested on June 14, 2012 at *(city and state)* Spokane. Date: June 14, 2012 |
| *Arresting officer's signature* |
| Lance Hart Special Agent  *Printed name and title* |

P20614DD.AAC.wpd