# UNITED STATES DISTRICT COURT - EASTERN DISTRICT OF WASHINGTON

## MAGISTRATE JUDGE IMBROGNO

### MJ-12-207
### USA v. KEVIN M. ELLISON

INITIAL APPEARANCE: 6/14/12

| | | | |
|---|---|---|---|
| [ X ] | Honorable Cynthia Imbrogno | [ X ] | Stephanie Van Marter, USAtty |
| [ X ] | L. Stejskal, Courtroom Deputy | [ X ] | Syovata Edari, Defense Counsel |
| [ X ] | Matt Elvin, Pretrial/ Probation | | |

* * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * *

## Remarks

Defendant appeared with counsel and was advised of his rights and the allegations contained in the Complaint. Defendant refused to sign a Notice of Rights form. Based on the statements contained in the Financial Affidavit, the Court appointed the Federal Defender to represent defendant.

The Government has filed a Motion for Detention; defendant was remanded to the custody of the U.S. Marshal pending further Order of the Court.

**BAIL HEARING [S/CI]: Tuesday, 6/19/12 @ 2:30 PM**

FTR-S * 3:12 - 3:25 PM
INITIAL APPEARANCE: 6/14/12